MARIAN W. IVORY, PLAINTIFF-PETITIONER, v. HARRY S. IVORY, DEFENDANT-RESPONDENT.

*Mr. James L. Wilson* for the petitioner.

*Messrs. Brown, Connery, Kulp & Wille* and *Mr. Joseph H. Rodriguez* for the respondent.

December 11, 1961.   Denied.

LILLY FRAY, PETITIONER-PETITIONER, v. RESEARCH AND DEVELOPMENT COMPANY, RESPONDENT-RESPONDENT.

*Messrs. Kushner & Kleiner* for the petitioner.

*Messrs. Brause, Callaghan & Coyle* for the respondent.

December 11, 1961.   Denied.